PROB 12C
(6/16)

Report Date: July 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Jeremy Monaghan    Case Number: 0980 2:18CR00098-TOR-1

Address of Offender: ███████████████, Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

Original Offense:    Embezzlement and Theft from Tribal Organizations, 18 U.S.C. § 1163

Original Sentence:    Prison - 24 months;        Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Daniel Hugo Fruchter        Date Supervision Commenced: July 30, 2021

Defense Attorney:    Colin G. Prince            Date Supervision Expires: July 29, 2024

## PETITIONING THE COURT

To issue a warrant.

On August 3, 2021, Mr. Monaghan signed his judgment acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Monaghan is in violation of his conditions of supervised release by consuming cocaine and methamphetamine on or around July 3, 2023. |
| | On July 3, 2023, Mr. Monaghan reported to the probation office and submitted to urinalysis testing, which yielded a presumptive positive result for methamphetamine and cocaine. Mr. Monaghan admitted to the use of methamphetamine on or around July 1, 2023, but denied the use of cocaine, which was further evidenced by a verbal and written statement. The urine sample was sent to the contract lab for further testing, however, results are still pending. |
| 2 | **Standard Condition #12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of |

Prob12C
Re: Monaghan, Chad Jeremy
July 6, 2023
Page 2

Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid restitution, fine, or special assessments

**Supporting Evidence**: It is alleged Mr. Monaghan is in violation of his conditions of supervised release by failing to pay toward his restitution since January 7, 2022.

On October 16, 2019, Mr. Monaghan was sentenced in U.S. District Court, case number 2:18CR00098-TOR-1, and ordered to make restitution payments. The total amount in restitution at the time of sentencing was $107,980. Mr. Monaghan has a remaining balance of $105,050, with his last payment made on January 7, 2022. He was ordered to pay $400 per month or 10 percent of his net house hold income, whichever was larger, commencing 30 days after starting supervised release. He has not made any good faith effort to make payments toward his restitution in approximately 17 months.

3   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Monaghan is in violation of his conditions of supervised release for failing to reside at his reported address since approximately May 29, 2023.

On June 30, 2023, the undersigned learned through Mr. Monaghan's fiancé that he had not been staying at the residence since approximately May 29, 2023. She further stated she did not know where he had been staying nor had she heard from Mr. Monaghan since Memorial Day Weekend.

On June 30, 2023, the undersigned officer was able to reach Mr. Monaghan by cell phone. He initially denied the report was true, but when this was discussed further on July 3, 2023, it appeared Mr. Monaghan did not deny the allegations that he had been living elsewhere.

4   **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** It is alleged Mr. Monaghan is in violation of his conditions of supervised release by consuming alcohol on or around July 1, 2023.

On July 3, 2023, Mr. Monaghan reported to the probation office to submit to urinalysis testing. He admitted to the use of alcohol on July 1, 2023, further evidenced by a verbal and written statement.

5   **Standard Condition #7:** You must work full time ( at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about

Prob12C
Re: Monaghan, Chad Jeremy
July 6, 2023
Page 3

your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** It is alleged Mr. Monaghan is in violation of his conditions of supervised release by failing to notify the undersigned officer that he was no longer employed at Traffic Corp, since April 28, 2023.

On June 28, 2023, the undersigned officer called Mr. Monaghan's employer, Traffic Corp, to inquire if Mr. Monaghan was still employed. Staff advised he was no longer working for them and his last day of employment was on April 28, 2023. The employer stated Mr. Monaghan quit showing up for work or made excuses as to why he could not work, so his employment was terminated. Mr. Monaghan never informed the undersigned officer about his status in employment within 72 hours as required by his conditions of supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 6, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge
July 6, 2023
Date