PROB 12C
(6/16)

Report Date: November 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Jeremy Monaghan                Case Number: 0980 2:18CR00098-TOR-1

Address of Offender: ███████████████ , Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | |
|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations, 18 U.S.C. § 1163 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (August 30, 2023) | Prison - 4 months; TSR - 31 months | | |
| Asst. U.S. Attorney: | Joseph P. Derrig | Date Supervision Commenced: | November 10, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | June 9, 2026 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

       **Supporting Evidence**: Mr. Monaghan is alleged to be in violation of his conditions of supervised release by failing to report to the United States Probation Office since his release on November 10, 2023.

       Mr. Monaghan released from the Spokane County Jail on November 10, 2023. He has made no effort to contact the undersigned officer or report to the United States Probation Office within 72 hours as required by his conditions of supervised release. It appears Mr. Monaghan has absconded from supervision.

2     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the

Prob12C
Re: Monaghan, Chad Jeremy
November 15, 2023
Page 2

people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Monaghan is in violation of his conditions of supervised release by failing to disclose to the undersigned officer his current living arrangements as required by his conditions of supervised release.

Mr. Monaghan released from the Spokane County Jail on November 10, 2023, and since his release, he has failed to notify the undersigned officer of his current living arrangements.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 15, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

November 15, 2023

Date