PROB 12C
(6/16)

Report Date: November 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Jeremy Monaghan       Case Number: 0980 2:18CR00098-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | |
|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations, 18 U.S.C. § 1163 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(August 30, 2023) | Prison - 4 months<br>TSR - 31 months | | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | November 10, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | June 9, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/15/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Monaghan is in violation of his conditions of supervised release for traveling to the District of Idaho, without permission on or around November 17, 2023.<br><br>On November 17, 2023, Mr. Monaghan was arrested in the District of Idaho, and booked into the Kootenai County Jail. Mr. Monaghan did not have permission to travel to the District of Idaho. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Monaghan, Chad Jeremy**
**November 20, 2023**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 20, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
November 21, 2023
Date