PROB 12C
(6/16)

Report Date: July 10, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Chad Jeremy Monaghan | Case Number: 0980 2:18CR00098-TOR-1 |
| Address of Offender: ███████████ Okanogan, Washington 98840 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | | |
|---|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations, 18 U.S.C. § 1163 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 30, 2023) | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>(December 21, 2023) | Prison -5 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 15, 2026 |

**PETITIONING THE COURT**

To issue a warrant.

On April 16, 2024, Mr. Chad Monaghan, signed his conditions relative to case number 2:18CR00098-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his supervised release by failing to notify his probation that he was questioned by a law enforcement officer on May 30, 2024.<br><br>On May 30, 2024, per Colville Tribal Police Department (CTPD) report 24-1029, a CTPD officer responded to the Colville Tribal Court building after drug paraphernalia, specifically a pipe used to smoke illicit substances, was located. The CTPD officer reviewed surveillance video from the building and he observed a male, later identified as Mr. Monaghan, remove an item from his right front pants pocket, transfer it to his left hand and then discard it on the ground in the hallway of the court building. The CTPD officer then made contact with Mr. Monaghan who was wearing the same clothes as the male in the video and he was questioned |

Prob12C
Re: Monaghan, Chad Jeremy
July 10, 2024
Page 2

about the drug paraphernalia. Mr. Monaghan initially denied the drug paraphernalia belonged to him but ultimately he made a statement of "fine I'll take the blame for it."

Mr. Monaghan failed to notify the undersigned officer that he was questioned by a law enforcement officer within 72 hours of this incident. On June 6, 2024, the undersigned confronted Mr. Monaghan about this incident and he apologized for not reporting this information to the undersigned officer in a timely manner. It should be noted, no charges appear to have been filed for this incident.

2   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his supervised release by using methamphetamine on or about May 29, 2024.

On May 31, 2024, Mr. Monaghan's Tribal probation officer informed the undersigned that Mr. Monaghan was provided a urinalysis that tested presumptive positive for methamphetamine on May 30, 2024. On June 6, 2024, Mr. Monaghan admitted to the undersigned that he used methamphetamine on or about May 29, 2024.

3   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his supervised release by using fentanyl on or about June 18, 2024.

On June 18, 2024, Mr. Monaghan provided a urinalysis for his Tribal probation officer and this sample tested presumptive positive for methamphetamine and fentanyl and the sample was sent for confirmation. On June 25, 2024, the urinalysis was confirmed positive for fentanyl.

4   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his supervised release by failing to notify his probation officer of changes in his living arrangements and/or living at an unapproved location.

On July 2, 2024, the undersigned attempted to contact Mr. Monaghan via his cellular phone without success and a voice mail and text message was sent requesting a return call. On July 8, 2024, after failing to receive a return phone call from Mr. Monaghan, the undersigned reported to Mr. Monaghan's last known address and contact was made with his sister whom also resides at this residence. Mr. Monaghan's sister informed the undersigned that he has not been to this residence in "weeks" and she believed he was staying at a different location in the Omak, Washington, area.

Prob12C
**Re: Monaghan, Chad Jeremy**
**July 10, 2024**
**Page 3**

After speaking with Mr. Monaghan's sister, the undersigned received a return call from Mr. Monaghan in which he stated that he was being discharged from a medical facility in Wenatchee, Washington, and that he had been to the emergency room every night since July 4, 2024. The undersigned requested that he send a picture of his medical documents showing that he has in fact been in various medical facilities and he denied changing his address and he stated his sister is "just making trouble for me". As of this writing, the undersigned has yet to receive any medical documentation as to medical stays and/or appointments for Mr. Monaghan.

5    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Monaghan failed to report to his probation officer as instructed on July 9, 2024.

On July 8, 2024, after attempting to make contact with Mr. Monaghan at his last known residence without success, the undersigned was able to speak to him. Mr. Monaghan was directed to report to the U.S. Probation Office on July 9, 2024, at 11 a.m., to discuss a plan of action for his living situation and review his medical paperwork. On July 9, 2024, at 11:08 a.m., Mr. Monaghan sent the undersigned a text message that he would not be able to report until later as he was trying to obtain medical paperwork. The undersigned sent a follow up text message asking for clarification though that was not responded to. The undersigned also attempted to call Mr. Monaghan, however, there was no answer. Mr. Monaghan failed to report as directed on July 9, 2024, and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 10, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
United States District Judge

July 11, 2024

Date