PROB 12C
(6/16)

Report Date: August 8, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chad Jeremy Monaghan | Case Number: 0980 2:18CR00098-TOR-1 |
| Address of Offender: ███████████ Okanogan, Washington 98840 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | | |
|---|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations , 18 U.S.C. § 1163 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 30, 2023) | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>(December 21, 2023) | Prison -5 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 25, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2024.

On April 16, 2024, Mr. Chad Monaghan, signed his conditions relative to case number 2:18CR00098-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his supervised release by failing to notify his probation officer within 72 hours that he was arrested and/or questioned by a law enforcement officer.<br><br>On July 25, 2024, a detective with the Colville Tribal Police Department (CTPD) informed the undersigned that Mr. Monaghan was arrested by CTPD officers at a homeless |

Prob12C
**Re: Monaghan, Chad Jeremy**
**August 8, 2024**
Page 2

encampment on July 24, 2024, on an outstanding Colville Tribal warrant for failure to appear. Due to an injury on Mr. Monaghan's leg, he was taken to a local hospital. Due to the severity of his leg injury hospital staff would not clear him to be released to the jail. As of this writing, Mr. Monaghan has failed to report this law enforcement contact to the undersigned and his whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

August 9, 2024
Date