PROB 12C
(6/16)

Report Date:  September 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 13, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Jeremy Monaghan          Case Number: 0980 2:18CR00098-TOR-1

Address of Offender: ██████████ Okanogan, Washington 98840

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | | |
|---|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations, 18 U.S.C. § 1163 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 30, 2023) | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>(December 21, 2023) | Prison -5 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 25, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2024 and 08/09/2024.

On April 16, 2024, Mr. Chad Monaghan, signed his conditions relative to case number 2:18CR00098-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the conditions of his release on or about September 10, 2024, by committing the misdemeanor criminal offenses of making a false statement to a public servant and possession of a controlled substance.

On September 10, 2024, at approximately 4:39 a.m., per Spokane Police Department (SPD) report 2024-20185983, an SPD officer observed two individuals at an unlawful encampment next to a park. The SPD officer contacted the individuals, both a male and female, and the

Prob12C
**Re: Monaghan, Chad Jeremy**
**September 12, 2024**
**Page 2**

male provided a name of Chad Fry with a date of birth of April 6, 1977. The SPD officer was unable to locate any information on this name and he noted, from his training and experience, when this occurs it generally means someone is not being truthful about their name. The SPD officer was eventually able to find a booking photo of a Chad Monaghan and it matched the appearance of the male who provided the name of Chad Fry. The SPD officer was able to confirm that Mr. Monaghan had an active federal and state warrant for his arrest. Mr. Monaghan continued to deny his true identity until he was detained and placed into handcuffs and then arrested on the aforementioned warrants.

Upon being searched subject to arrest, Mr. Monaghan informed the SPD officer that he had a bag of methamphetamine in his right pant pocket. The substance inside the baggie was tested by the SPD officer and it came back presumptive positive for amphetamines. Mr. Monaghan was taken to the Spokane County Jail and charged with the misdemeanor criminal offenses of making a false statement to a public servant and possession of a controlled substance. As of this writing, Mr. Monaghan is currently being held on $500 bail in respect to these charges.

8    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release on or about September 10, 2024, by being in possession of a controlled substance, specifically methamphetamine.

On September 10, 2024,  per Spokane Police Department (SPD) report 2024-20185983, Mr. Monaghan was arrested on an outstanding federal and state warrant. Upon being searched subject to arrest, Mr. Monaghan informed the SPD officer that he had a bag of methamphetamine in his right pant pocket. The substance inside the baggie was tested by the SPD officer and it came back presumptive positive for amphetamines. Mr. Monaghan was taken to the Spokane County Jail and charged with the misdemeanor criminal offenses of making a false statement to a public servant and possession of a controlled substance. The substance inside the aforementioned bag was booked into property as evidence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 12, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

**Prob12C**
**Re: Monaghan, Chad Jeremy**
**September 12, 2024**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

September 13, 2024
Date