PROB 12C
(6/16)

Report Date: October 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Jeremy Monaghan          Case Number: 0980 2:18CR00098-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 16, 2019

| | | |
|---|---|---|
| Original Offense: | Embezzlement and Theft from Tribal Organizations, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 30, 2023) | Prison - 4 months<br>TSR - 31 months | |
| Revocation Sentence:<br>(December 21, 2023) | Prison - 5 months<br>TSR - 27 months | |
| Revocation Sentence:<br>(October 30, 2024) | Prison - 9 months<br>TSR - 18 months | |
| Asst. U.S. Attorney: | Joseph Derrig | Date Supervision Commenced: June 9, 2025 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: December 8, 2026 |

### PETITIONING THE COURT

To issue a **warrant**

On June 12, 2025, a U.S. probation officer met with the offender and reviewed his judgement and conditions of supervision with him. The offender signed the judgment acknowledging his understanding of these conditions. The offender was provided with a copy as reviewed and signed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Standard Condition #6:** You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view. |

Prob12C
**Re: Monaghan, Chad Jeremy**
**October 7, 2025**
**Page 2**

**Supporting Evidence**: Mr. Monaghan allegedly violated the above-stated conditions on August 20, 27, 29, September 17, and October 1, 2025, by failing to report to the undersigned as instructed and failing to make himself available for contact.

On July 2, 2025, the undersigned met with Mr. Monaghan in the Spokane probation office. During this contact Mr. Monaghan was instructed to contact the undersigned by telephone every Wednesday.

On July 31, 2025, during a phone contact with Mr. Monaghan, he was again instructed to contact the undersigned on the following Wednesday, August 20, 2025.

On August 20 and 27, 2025, the undersigned did not receive any contact by telephone, or otherwise, from Mr. Monaghan.

On August 28, 2025, the undersigned contacted Mr. Monaghan by telephone. During this conversation Mr. Monaghan was instructed to report to the Spokane probation office on August 29, 2025, for the purpose of providing a urine sample for drug testing. On September 2, 2025, the undersigned checked the chronological entries for Mr. Monaghan's file and noted there were none for August 29, 2025. The undersigned further checked the Spokane probation office's physical sign-in sheet and did not see any log of Mr. Monaghan signing in. Later that same evening, Mr. Monaghan called the undersigned and left a voice mail stating he failed to report on August 29, 2025, due to illness. Mr. Monaghan eventually reported in to the Spokane office on September 3, 2025.

On Wednesday September 17, 2025, the undersigned did not receive any contact from Mr. Monaghan.

On September 23, 2025, Mr. Monaghan contacted the undersigned to report he had just woken up from a 4-day coma in Mid Valley Hospital in Omak, Washington. He stated that he expected to discharge from the hospital "in the next couple of days" and planned to report in-person to the Spokane office at that time. The undersigned accepted this and directed him to bring any medical documents to corroborate the reported hospital stay.

On Wednesday October 1, 2025, the undersigned did not receive any contact from Mr. Monaghan.

On October 2, 2025, the undersigned attempted to contact Mr. Monaghan at his last known phone number. The undersigned was met with an automated message that stated calling restrictions prevented the completion of the call. There was no option to leave a voice mail.

On October 6, 2025, the undersigned contacted Mid Valley Hospital to inquire about Mr. Monaghan's whereabouts. The operator advised there were currently no patients under Mr. Monaghan's name. A subsequent check with the Spokane County Sheriff's Office Sex Offender Registration coordinator did not yield any information about Mr. Monaghan's current whereabouts. Further, contact with Colville Tribal Probation Office also did not yield any information about his whereabouts.

At the time of this report, the undersigned is unable to contact Mr. Monaghan and is unable to determine his whereabouts.

Prob12C
**Re: Monaghan, Chad Jeremy**
**October 7, 2025**
**Page 3**

|   |   |   |
|---|---|---|
| | 2 | **Standard Condition #5**: You must live at a place approved by the probation office. If you plan to change where you live or anything about your living arrangement (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation office within 72 hours of becoming aware of a change or expected change. |

**Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Monaghan allegedly violated the above-stated condition on or about August 28 and September 3, 2025, by failing to live at an approved residence and providing false or misleading information about his living arrangement.

On August 28, 2025, during a phone contact with the undersigned, Mr. Monaghan reported he was living homeless in the Spokane, Washington, area with no fixed address, but planned to go to the Union Gospel Mission (UGM) men's shelter. The undersigned reminded Mr. Monaghan that living with no fixed address is not a living arrangement that can be approved, but that the UGM shelter would suffice.

On September 2, 2025, the undersigned contacted the UGM shelter to confirm Mr. Monaghan's stay. The staff reported that Mr. Monaghan's name was not listed on the roster.

On September 3, 2025, the undersigned met with Mr. Monaghan in the Spokane office. Mr. Monaghan reported he did not stay at the shelter, but instead chose to stay at a friend's house. He went on to state he planned to work with the Indian Center to seek housing assistance and immediate placement. The undersigned permitted Mr. Monaghan to pursue this avenue and instructed him to report back by the end of that day with his arrangements. Mr. Monaghan contacted the undersigned by text message after business hours that same date and reported he would be staying with his friend again pending assistance from the Indian Center. On September 9, 2025, he provided an address in reference to this. On September 11, 2025, Mr. Monaghan again reported he would be living at the provided address, but this time reported it to be his girlfriend's house that she shares with a minor child.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 10/07/2025 |
| | s/Nicolas Olson |
| | Nicolas Olson<br>U.S. Probation Officer |

Prob12C
**Re: Monaghan, Chad Jeremy**
**October 7, 2025**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

October 7, 2025
Date